UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :   MAGISTRATE NO.: 19-9142

V.                            :   CRIMINAL ACTION

Julian D. Fernandez-Mejia    :   ORDER OF RELEASE

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

( ) Reporting, as directed, to U.S. Pretrial Services;

(X) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

( ) The defendant shall appear at all future court proceedings;

( ) Other: _____

_____          8/21/19
DEFENDANT                        DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

8/21/19
DATE